UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUSTAVO CONSTANZA,<br><br>                    Petitioner,<br><br>          v.<br><br>FC VICTORVILLE II,<br><br>                    Respondent. | Case No. 5:25-cv-00726-FLA (E)<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

      Pursuant to 28 U.S.C. § 636, the court has reviewed the Petition (Dkt. 1), all the records herein, and the attached Report and Recommendation of United States Magistrate Judge.  The court has also engaged in a *de novo* review of those portions of the Report and Recommendation to which any objections have been made.

      The Report recommends the denial of the Petition and the dismissal of this action with prejudice.  Dkt. 15.[1]  Petitioner's objections to the Report, Dkt. 16, do not merit any change to the Report's findings or recommendations.

      Petitioner objects that he is entitled to prerelease placement under the Second Chance Act.  Dkt. 16 at 2.  As the Report found, federal courts lack jurisdiction to review

---

[1] The court cites documents by the page numbers added by the court's CM/ECF system, rather than any page numbers that appear within the documents natively.

inmate placement decisions by the Federal Bureau of Prisons ("BOP").  Dkt. 15 at 3 (citing *Reeb v. Thomas*, 636 F.3d 1224, 1228 (9th Cir. 2011), and other cases).

Petitioner objects that his claim is supported by legal authority.  Dkt. 16 at 3–4.  The authorities Petitioner cites, however, are either irrelevant or do not support the prerelease placement claim he raises here.  *See Kuzmenko v. Phillips*, Case No. 2:25-cv-00663-DJC-AC, 2025 WL 779743, at *1 (E.D. Cal. Mar. 10, 2025) (entitlement to time credits under the First Step Act); *Muniz v. Sabol*, 517 F.3d 29, 36 (1st Cir. 2008) (federal statute governing inmate transfers "leaves it to the BOP's discretion whether to undertake a transfer at all"); *Woodall v. Federal Bureau of Prisons*, 432 F.3d 235, 241 (3d Cir. 2005) (conflict between federal regulations and statute regarding inmate placement).

The court, therefore, accepts and adopts the Magistrate Judge's Report and Recommendation.

IT IS ORDERED that Judgment shall be entered denying and dismissing the Petition with prejudice.

IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the Magistrate Judge's Report and Recommendation, and the Judgment herein on Petitioner and on counsel for Respondent.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED:  August 18, 2025

FERNANDO L. AENLLE-ROCHA
United States District Judge