JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

GUSTAVO CONSTANZA,

            Petitioner,

      v.

FCI VICTORVILLE II,

            Respondent.

Case No. 5:25-cv-00726-FLA (E)

**JUDGMENT**

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: August 18, 2025

_____

FERNANDO L. AENLLE-ROCHA
United States District Judge